**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**AMERICA ONLINE, INCORPORAT-
ED, Party in Interest–Appellee,**

and

**John Does, United States taxpayers who, during the years ended 12/31/98 through 12/31/01, had signature authority over Mastercard payment cards issued by, through, or on behalf of banks or other financial institutions in Antigua and Barbuda, Bahamas, and Cayman Islands, or issued to persons or entities in Antigua and Barbuda, Bahamas, and Cayman Islands, Defendants,**

v.

**Lindsay Jenkins, Movant–Appellant.**

No. 03–1117.

United States Court of Appeals,
Fourth Circuit.

Submitted April 24, 2003.

Decided May 2, 2003.

Lindsay Jenkins, Appellant Pro Se. Joel L. McElvain, United States Department of Justice, Washington, D.C.; Laura Ann Heymann, America Online, Incorporated, Dulles, Virginia, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lindsay Jenkins appeals the district court's order denying her motion to quash a John Doe summons issued by the Internal Revenue Service, and denying her motion for sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Does,* No. CA–02–42–MC (E.D.Va. filed Dec. 20, 2002; entered Dec. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*